UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

AXIS AG INC.,

        Plaintiff,

    v.

ECOROBOTIX INC.,

        Defendant.

Case No.  25-cv-07128-VC   (RMI)

**ORDER ON DISCOVERY LETTER BRIEF**

Re: Dkt. No. 37

Before the court is a joint Letter Brief (dkt. 37) filed by the parties concerning two issues in dispute. The court heard the matter at a hearing on February 17, 2026, and for the reasons stated on the record at the hearing, the Letter Brief is GRANTED in PART and DENIED in PART as follows:

Defendant shall begin rolling production on the RFPs **within 21 days** of the date of this order. As to RFP 7 specifically, Defendant shall produce all non-privileged documents referencing sales (gross sales included) used or intended to be used by Ecorobotix to solicit or facilitate an investment, financing, capital raise, or sale of securities, including pitch decks, presentations, and slide decks.

**IT IS SO ORDERED.**

Dated: February 17, 2026

ROBERT M. ILLMAN
United States Magistrate Judge